IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRAD ORELL**   **PLAINTIFF**

v.   Case No. **4:17-cv-00643 KGB**

**KENNETH ZAWODNY, JR.,**
**Associate Director of Retirement Services,**
**U.S. OFFICE OF PERSONNEL**
**MANAGEMENT**   **DEFENDANT**

## ORDER

Plaintiff Brad Orell and defendant Kenneth Zawodny, Jr., Associate Director of Retirement Services, U.S. Office of Personnel Management, have filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 12). Accordingly, this action is dismissed without prejudice. The Court denies all pending motions as moot (Dkt. Nos. 3, 6, 8).

So ordered this the 15th day of December, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge